UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 2 3 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Lawrence Arthur Davis )
) Case No. 05-32887
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **Lawrence Arthur Davis**, seeking payment of funds previously unclaimed by **Lawrence Arthur Davis** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **Lawrence Arthur Davis** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ **9,658.62** from the **Treasury Registry** to:

Lawrence Arthur Davis
2505 5th Street, No 172
Davis, CA 95618

DATED: SEP 2 2 2009

_Thomas C. Holman_
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)